# Exhibit B

Skip to Main Content  Logout  My Account  Search Menu  Search  Refine Search  Back

Location : All Courts   Images

# REGISTER OF ACTIONS
## CASE NO. D-101-CV-2017-01428

| | | |
|---|---|---|
| James L Arnold v. US Healthcare Supply LLC, et. al. | § § § § § | Case Type: Tort<br>Date Filed: 05/24/2017<br>Location:<br>Judicial Officer: Ortiz, Raymond Z. |

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | Letko, Jon Paul | |
| Defendant | US Healthcare Supply LLC | |
| Plaintiff | Arnold, James L | Sidney P. Childress<br>*Retained*<br>505-433-9823(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 05/24/2017 | **Cause Of Actions**<br>Action Type | Trade Practices Act<br>Action |
| 05/24/2017 | **Cause Of Actions**<br>Action Type | Statutes, Ordinance Violations, Miscellaneous (Violations of the Telephone Consumer Protection Act)<br>Action |
| 05/24/2017 | **Cause Of Actions**<br>Action Type | Securities Act (The Social Security Act)<br>Action |
| 05/24/2017 | **Cause Of Actions**<br>Action Type | Statutes, Ordinance Violations, Miscellaneous (The Medicare/Medicaid Anti-Kickback Statute)<br>Action |
| 05/24/2017 | **OPN: COMPLAINT**<br>*Complaint for Violations of the Telephone Consumer Protection Act, the Unfair Practices Act, the Social Security Act, the Medicare/Medicaid Anti-Kickback Statute and Torts* | |
| 05/24/2017 | **JURY DEMAND 6 PERSON**<br>*Request for Jury* | |
| 05/24/2017 | **SUMMONS ISSUED**<br>*Summons Issued* | |
| 05/24/2017 | **SUMMONS ISSUED**<br>*Summons Issued* | |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** Arnold, James L | | |
| | Total Financial Assessment | | 282.00 |
| | Total Payments and Credits | | 282.00 |
| | **Balance Due as of 06/28/2017** | | **0.00** |
| 05/24/2017 | Transaction Assessment | | 282.00 |
| 05/24/2017 | File & Serve Payment | Receipt # SFED-2017-6128   Arnold, James L | (282.00) |

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/24/2017 7:30:49 AM
STEPHEN T. PACHECO
Jasmin Lopez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

JAMES L. ARNOLD,

        Plaintiff,

v.

US HEALTHCARE SUPPLY LLC
and JON PAUL LETKO,

        Defendants.

case no. D-101-CV-2017-01428
Case assigned to Ortiz, Raymond Z.

## COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, THE UNFAIR PRACTICES ACT, THE SOCIAL SECURITY ACT, THE MEDICARE/MEDICAID ANTI-KICKBACK STATUTE AND TORTS

TO THE HONORABLE COURT:

1.    Plaintiff James L. Arnold ("Plaintiff") is a real person residing in Santa Fe County, New Mexico who may be contacted through his undersigned attorney.

2.    Plaintiff is a Medicare Beneficiary and is enrolled under Social Security.

3.    Defendant US Healthcare Supply LLC (hereinafter collectively "Defendants") at this time is believed to be an alias or assumed name used by Defendant Jon Paul Letko.

4.    Defendant Jon Paul Letko (hereinafter collectively "Defendants") is a real person who should be served a summons via personal service at 60 Bridge St., Milford, NJ or wherever he may be found.

5. Plaintiff's phone number 505-820-1106 has at all relevant times been continuously listed on the National Do-Not-Call Registry (hereinafter "the Registry").

6. Defendants have no regard or concern for the fact that any particular phone number may be listed on the national do-not-call Registry.

7. Defendants intentionally, knowingly and willfully utilize an automatic telephone dialing system and/or auto-dialer ("ATDS" or "auto-dialer") with a pre-recorded message to place telephone calls without regard for whether the phones are cell-phones or may be listed on the national do-not-call Registry.

8. Defendants intentionally use an auto-dialer with a pre-recorded message to seek potential customers for their products and services.

9. Defendants intentionally, knowingly and willfully used a pre-recorded message and/or auto-dialer to call Plaintiff's phone 505-820-1106 for the purpose of attempting to sell its products or services.

10. After Defendants subjected Plaintiff to their pre-recorded message on his phone that is listed on the Registry, Defendants then intentionally, knowingly and willfully switched the call to a live operator who said they were a Medicare provider and attempted to talk Plaintiff into requesting a back pain pad that Medicare would pay for. The telemarketer stated she would transfer Plaintiff to another telemarketer and counseled Plaintiff that he had to tell the next telemarketer that he had called himself as a result of seeing the phone number on "the TV commercial".

11. The unlawful pre-recorded message robot call and the other real human being telemarketers failed to disclose their true names, or the true sponsor of the call or any accurate

contact information within fifteen (15) seconds.

12. Plaintiff and his phone were in Santa Fe, New Mexico when Defendants subjected him to their auto-dialer or pre-recorded robot message.

13. Defendants' auto-dialed robo-calls to New Mexico residents do not disclose Defendants' names or accurate contact information within fifteen (15) seconds of the time the person being called answers.

14. Plaintiff has never had any established business relationship with Defendants.

15. Plaintiff has never consented to being auto-dialed or robo-called or to having his privacy invaded and days disrupted by an ATSD nuisance robot-caller trespassing on his phone.

16. Defendants do business within the State of New Mexico because Defendants or their telemarketers regularly, automatically, repeatedly telephone the telephones of New Mexico residents located within the State of New Mexico for the purpose of advertising Defendants' products and services to New Mexico consumers. Defendants market and sell products and services throughout the State of New Mexico.

17. This Court has jurisdiction and venue is proper.

18. Defendants are vicariously liable for their telemarketers' auto-dialing and robo-calling.

19. Defendants are responsible for the telemarketing campaign and robot-calls to Plaintiff and the class he seeks to represent.

20. Defendants had the authority and responsibility to prevent or correct the unlawful telemarketing practices the subject of this Complaint.

21. Defendants formulated, directed, controlled and participated in the unlawful telemarketing practices that are the subject of this Complaint

22. Defendants directly and personally participated in, ratified, directed and/or authorized the unlawful telemarketing practices that are the subject of this Complaint.

23. Defendants personally established, approved and ratified the marketing policies and practices that are the subject of this Complaint, oversaw operations and were directly involved in the business practices the subject of this Complaint that violated the Telephone Consumer Protection Act (hereinafter "the TCPA"), the New Mexico Unfair Practices Act, § 1843(17) of the Social Security Act and 42 USC § 1395m(a)(17) the Medicare/Medicaid Anti-Kickback Statute.

24. Plaintiff hereby brings this action pursuant to the TCPA, 47 U.S.C. § 227, to enjoin Defendants' unlawful behavior and require compliance with federal law regarding auto-dialers and robo-calls and regarding unsolicited telemarketing to numbers listed on the national do-not-call Registry.

25. Plaintiff hereby brings this action pursuant to 47 U.S.C. § 227 to receive from Defendants jointly and severally $3000 for each of Defendants' calls to Plaintiff.

26. Defendants' call to Plaintiff included at least two (2) separate violations of the TCPA because, first, the call itself was illegal and, second, Defendants failed to timely give the required identification and location information about themselves or who the caller actually was.

27. Defendants' unlawful behavior set forth above is a nuisance, harassment, waste of Plaintiff's time, and is intentional, willful, wanton, knowingly wrong and reckless.

28. Plaintiff has incurred actual damages as a result of Defendants' unlawful behavior set forth above.

29. Plaintiff hereby sues Defendants for nuisance, trespass and intentional infliction of aggravation and distress.

30. Plaintiff should have and recover judgment against Defendants jointly and severally for all his actual damages, for nominal damages, and for an amount of punitive or exemplary damages sufficient to set an example and deter in the future the conduct complained of by Defendant or others. All actual, nominal and punitive or exemplary damages to Plaintiff total no more than $100,000.00.

31. Plaintiff hereby brings this action pursuant to the New Mexico Unfair Practices Act, NMSA §§ 57-12-22 and 57-12-10 ("the UPA"), to recover Plaintiff's attorney fees and costs necessary for this matter, for his damages, and to enjoin Defendants' unlawful behavior and require compliance with federal and state law regarding the use of auto-dialers and robo-calls.

32. Plaintiff hereby brings this action pursuant to § 1843(17) of the Social Security Act to enjoin Defendants' unlawful behavior and require compliance with federal laws regarding the use of auto-dialers and robo-calls to individuals enrolled under Social Security.

33. Plaintiff hereby brings this action pursuant to 42 USC § 1395m(a)(17), the Medicare/Medicaid Anti-Kickback Statute, to enjoin Defendants' unlawful behavior and require compliance with federal laws regarding the use of auto-dialers and robo-calls to Medicare beneficiaries.

<u>Request for Class Certification pursuant to New Mexico Rule of Civil Procedure 1-023</u>

34. Plaintiff brings this case individually and also as a class action on behalf of certain

others similarly situated including several subclasses.

35. Plaintiff brings this case individually and also as a class action on behalf of all New Mexico residents, who have never had any established business relationship with Defendants, to whom Defendants have directed telephone solicitations with a pre-recorded message robot call.

36. Plaintiff brings this case individually and also as a class action on behalf of all New Mexico residents, to whom Defendants have directed telephone solicitations and, when the class-member answered the call, Defendants failed to disclose the true name(s) of the actual sponsors of the call within fifteen (15) seconds.

37. All the non-named class members should recover $500 each from Defendants.

38. The injunction Plaintiff seeks should extend to the benefit of all class members.

39. Common questions of law and fact exist as to all members of the Class, which predominate over any questions affecting only individual members of each Class.

40. All class claims arise from the same practices and methods by Defendant and are all based on similar legal and factual theories.

41. When the common questions are resolved as to Plaintiff, they will also be resolved as to the members of the plaintiff class.

42. The prosecution of separate actions by individual members of the class would create risk of inconsistent or varying adjudications which would establish incompatible standards of conduct for Defendant.

43. Defendant has acted on grounds generally applicable to the class as a whole, thereby making appropriate final relief with respect to the class as a whole.

44. The claims of the named Plaintiff are typical of the claims of the class he seeks to represent, which has the same or similar claims.

45. The members of the plaintiff class have suffered the same injuries and possess the same interests as the Plaintiff.

46. Plaintiff will fairly and adequately represent and protect the interests of the plaintiff class members and has no interests antagonistic to those of the class members.

47. The expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the plaintiff class to seek redress individually.

48. The existing issues can be determined in a class action in a manageable, time-efficient yet fair manner.

49. Defendants have knowledge of who all the class-members are and the identities of the class members will be discovered from Defendants.

WHEREFORE, Plaintiff prays for entry of judgment for his actual, nominal, statutory, punitive and exemplary damages totaling $100,000.00; for injunctive relief pursuant to the Telephone Consumer Protection Act, the New Mexico Unfair Practices Act, the Social Security Act and the Medicare/Medicaid Anti-Kickback Statute; and for such other and further relief as the court deems just, proper and lawful. Plaintiff prays the court certify a class of Plaintiffs and enter judgment consisting of injunctive relief and $500 damages for each member of the class. Plaintiff requests an award of his attorney fees and costs.

RESPECTFULLY SUBMITTED,

By:   /s/ Sid Childress
      _____
      Sid Childress, Lawyer
      PO Box 2327
      Santa Fe, NM 87504
      childresslaw@hotmail.com
      (505) 433 - 9823
      Attorney for Plaintiff

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/24/2017 7:30:49 AM
STEPHEN T. PACHECO
Jasmin Lopez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

JAMES L. ARNOLD,

        Plaintiff,

v.                              case no.  D-101-CV-2017-01428

US HEALTHCARE SUPPLY LLC      Case assigned to Ortiz, Raymond Z.
and JON PAUL LETKO,

        Defendants.

## REQUEST FOR JURY

Plaintiff hereby requests trial by 6-person jury and tenders his jury fee herewith.

RESPECTFULLY SUBMITTED,

By:  /s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Plaintiff

1

| SUMMONS ||
|---|---|
| **First Judicial District Court**<br>Santa Fe County, New Mexico<br>225 Montezuma Ave<br>Santa Fe, NM 87501<br>**Court Telephone:** (505) 455 - 8250 | Case Number: D101-CV-2017-01428<br><br>Judge:  Hon. Raymond Z. Ortiz |
| Plaintiff:  James L. Arnold<br>v.<br>Defendants:  US Healthcare Supply LLC and Jon Paul Letko | Defendant name:  JON PAUL LETKO<br><br>Address:  60 Bridge St., Milford, NJ |

**TO THE ABOVE NAMED DEFENDANT**: Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this <u>24th</u> day of May, 2017

STEPHEN T. PACHECO
CLERK OF COURT

By /s/ Angelica Gonzalez
     Deputy

/s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
505-433-9823
Attorney for Plaintiff

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )ss
COUNTY OF SANTA FE   )

I, being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, 2017, by delivering a copy of this summons, with a copy of Complaint attached, in the following manner: **(check one box and fill in appropriate blanks)**

[ ] to the defendant JON PAUL LETKO by hand-delivery at _____
(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

_____          Fees: _____
Signature of person making service

          Subscribed and sworn to before me this _____ day of _____, 2017

_____          _____
Judge, notary or other officer authorized to administer oaths     Official Title

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/24/2017 5:07:21 PM
STEPHEN T. PACHECO
Angelica Gonzalez

| SUMMONS ||
|---|---|
| **First Judicial District Court**<br>Santa Fe County, New Mexico<br>225 Montezuma Ave<br>Santa Fe, NM 87501<br>**Court Telephone:** (505) 455 - 8250 | Case Number: D101-CV-2017-01428<br><br>Judge:  Hon. Raymond Z. Ortiz |
| Plaintiff:  James L. Arnold<br>v.<br>Defendants:  US Healthcare Supply LLC and Jon Paul Letko | Defendant name:  US HEALTHCARE SUPPLY LLC<br>Address:  c/o its Manager / Owner JON PAUL LETKO at 60 Bridge St., Milford, NJ |

**TO THE ABOVE NAMED DEFENDANT**: Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 24th day of May, 2017

STEPHEN T. PACHECO
CLERK OF COURT

By: *[signature]*
    Deputy

/s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
505-433-9823
Attorney for Plaintiff

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )ss
COUNTY OF SANTA FE   )

I, being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, 2017, by delivering a copy of this summons, with a copy of Complaint attached, in the following manner: **(check one box and fill in appropriate blanks)**

[ ] to the defendant by hand-delivery to JON PAUL LETKO at _____
(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

_____          Fees: _____
Signature of person making service

          Subscribed and sworn to before me this _____ day of _____, 2017

_____          _____
Judge, notary or other officer authorized to administer oaths       Official Title